**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Katherine E. Tammaro, Esq. (Atty. I.D. No. 010102005)
7 Giralda Farms, Suites 100/110
Madison, New Jersey 07940
Tel: (973) 624-0800; Fax: (973) 624-0808
katherine.tammaro@wilsonelser.com
Attorneys for Plaintiff Hartford Casualty Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SMARTLINX SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 2:23-cv-20679-EP-JRA |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, HARTFORD CASUALTY INSURANCE COMPANY ("Hartford") by its attorneys, Katherine E. Tammaro of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action in its entirety with each party to bear its own costs and respective attorney's fees.

Dated: January 4, 2024        Respectfully submitted,

                                       **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                            By:   *s/Katherine E. Tammaro*
                                  Katherine E. Tammaro, Esq.
                                  7 Giralda Farms, Suites 100/110
                                  Madison, NJ 07940
                                  Tel.:  (973) 624-0800
                                  katherine.tammaro@wilsonelser.com
                                  Attorneys for Plaintiff Hartford Casualty Insurance Company

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By:   /s/ *Katherine E. Tammaro*
      Katherine E. Tammaro, Esq.
      7 Giralda Farms, Suites 100/110
      Madison, NJ 07940
      Tel.: (973) 624-0800
      katherine.tammaro@wilsonelser.com
      Attorneys for Plaintiff Hartford Casualty Insurance Company

291418091v.1