**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Katherine E. Tammaro, Esq. (Atty. I.D. No. 010102005)
7 Giralda Farms, Suites 100/110
Madison, New Jersey 07940
Tel: (973) 624-0800; Fax: (973) 624-0808
katherine.tammaro@wilsonelser.com
Attorneys for Plaintiff Hartford Casualty Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | Civil Action No. 2:23-cv-20679-EP-JRA |
| Plaintiff, | |
| v. | SO ORDERED |
| SMARTLINX SOLUTIONS, LLC, | s/Evelyn Padin<br>Evelyn Padin, U.S.D.J. |
| Defendant. | Date: 1/5/2024 |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, HARTFORD CASUALTY INSURANCE COMPANY ("Hartford") by its attorneys, Katherine E. Tammaro of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action in its entirety with each party to bear its own costs and respective attorney's fees.

Dated: January 4, 2024         Respectfully submitted,

                               **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                       By:     _s/Katherine E. Tammaro_____
                               Katherine E. Tammaro, Esq.
                               7 Giralda Farms, Suites 100/110
                               Madison, NJ 07940
                               Tel.:  (973) 624-0800
                               katherine.tammaro@wilsonelser.com
                               Attorneys for Plaintiff Hartford Casualty Insurance Company

291418091v.1